USCA1 Opinion

 

 November 17, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1987 HERBERT F. MILLETTE, Plaintiff, Appellant, v. BRUCE WRIGHT, SUPERVISOR AT THE N.H. STATE PRISON RECREATION DEPARTMENT, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerio, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Torrruella and Selya, Circuit Judges. ______________ ___________________ Herbert F. Millette on brief pro se. ___________________ __________________ __________________ Per Curiam. We agree with the magistrate's __________ report that the "Weight Club Contract" does not create a liberty interest, that plaintiff has no liberty interest in using the weight room, and that consequently the state was not required to accord plaintiff procedural protection before barring him from the weight room. Plaintiff failed to state a federal claim. The action was properly dismissed. Affirmed. ________ -2-